IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

_LeAndre Barner_

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Criminal No. 05 - 20126 M1

**(60-Day Continuance)**

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the January, 2006 criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, February 24, 2006, with trial to take place on the March, 2006 rotation calendar with the time excluded under the Speedy Trial Act through March 17, 2006. Agreed in open court at report date this 20th ay of December, 2005.

' ' **This document entered on the docket sheet in compliance**
**with Rule 55 and/or 32(b) FRCrP on** _12-21-05_



SO ORDERED this 20th day of December, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____

_____

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20126 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT